Phone: 920.231.2150
Fax: 920.231.5713
E-Mail info@ch13oshkosh.com
Website: www.ch13oshkosh.com

## REBECCA R. GARCIA
### Chapter 13 Trustee in Bankruptcy
### EASTERN DISTRICT OF WISCONSIN
### P O Box 3170
### Oshkosh, WI 54903-3170

August 31, 2017

Clerk, U.S.Bankruptcy Court
Eastern District of Wisconsin
514 East Wisconsin Avenue
Milwaukee, WI 53202

**Re: Unclaimed Funds**

Dear Unclaimed Court:

Enclosed please find our check # 543368 in the amount of $4,809.62 which is being sent to you as unclaimed funds. These funds are from:

| Case Number | Debtor 1 | Debtor 2 | Amount |
|---|---|---|---|
| 15-31928-GMH | ANITA LOUISE MARKIN | RONALD WILLIAM MARKIN | $4,809.62 |

The Creditor, BANK OF AMERICA, notified us the account has transferred and they are no longer servicing account. Our office has made attempts to contact the creditor to have a transfer of claim filed, but have had no luck. Therefore, we are sending the unclaimed funds to you. The last address we had for BANK OF AMERICA is 450 AMERICAN ST SIMI VALLEY, CA 93065

Sincerely,

The Office of Rebecca R Garcia
Chapter 13 Bankruptcy Trustee

Enclosure: Check #543368



2017 SEP -5 PM 12: 32
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI
FILED